

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2022

No. 04-22-00371-CV

Jeanine Bell and Sheila **PETSCH**,
Appellants

v.

Darrell **PETSCH**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 16468
Honorable Albert D. Pattillo, III, Judge Presiding

## O R D E R

The clerk's record was originally due July 25, 2022, but was not filed. On July 26, 2022, the district clerk filed a notification of late record, requesting an extension until September 6, 2022 to file the record. After consideration, we **GRANT** the request and **ORDER** the district clerk to file the record **by September 6, 2022**. Further extensions of time will be disfavored.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court